NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KIM LAUBE & COMPANY, INC.,**
**a California Corporation,**
**KIM LAUBE, an individual,**
*Plaintiffs-Appellants*

**v.**

**WAHL CLIPPER CORPORATION,**
**an Illinois Corporation,**
*Defendant-Appellee*

**DOES 1-10, 1 to 10, Inclusive,**
*Defendants*

---

2014-1111, -1457

---

Appeals from the United States District Court for the Central District of California in No. 2:09-cv-00914-JAK-JC, Judge John A. Kronstadt.

---

**JUDGMENT**

---

THOMAS PETER PAVELKO, Novak Druce + Quigg LLP, Washington, DC, argued for plaintiffs-appellants. Also represented by HENRY A. PETRI, JR., DANIEL PATRICK MULLARKEY.

MARK A. HAGEDORN, Barnes & Thornburg LLP, Chicago, IL, argued for defendant-appellee. Also represented by JOAN LOUISE LONG.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* BRYSON and WALLACH, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 10, 2015                    /s/ Daniel E. O'Toole
        Date                         Daniel E. O'Toole
                                     Clerk of Court